■ In the Matter of ROBERT H. SPELLMAN (Also Known as ROBERT HARRIS SPELLMAN and ROBERT H. SPELMAN), an Attorney.— Motion for reinstatement granted. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ELKAR REALTY CORP. v. MITSUYE T. KAMADA, Doing Business as TSURUYA RESTAURANT.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Rabin, J. P., Frank, McNally, Stevens and Bergan, JJ.

■ ELKAR REALTY CORP. v. MITSUYE T. KAMADA, Doing Business as TSURUYA RESTAURANT.— Cross motion for leave to reargue denied, with $10 costs. Concur— Rabin, J. P., Frank, McNally, Stevens and Bergan, JJ.

■ MAHOGANY MANUFACTURING COMPANY, S. A., v. DAVID L. FOXTOW et al.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated August 15, 1958, is vacated. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ GEORGIA BURROUGHS et al., v. CITY OF NEW YORK.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated July 14, 1958, is vacated. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ NATHAN KRAVITZ v. MURAL TRANSPORT INC.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated July 29, 1958, is vacated. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ HOWARD C. VAN CAMERIK v. NATIONAL CASUALTY COMPANY.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated July 31, 1958, is vacated. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ANTHONY Z. ZUBACH et al., Individually and as Copartners Doing Business under the Name of USA EXPRESS Co., v. MOSKOWITZ FLOUR CORPORATION et al.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated July 31, 1958, is vacated. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ 22 EAST 40TH STREET ASSOCIATES and NEW YORK TRUST COMPANY v. WINDSOR-MADISON CORP.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated June 26, 1958, is vacated. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

### (September 24, 1958)

#### (Republished.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH ACEVEDO, Appellant.— Judgment, insofar as it convicts defendant of the violation of section 1897 of the Penal Law, is unanimously reversed on the facts and on the law, the second count in the information dismissed, and the judgment otherwise affirmed. The proof did not establish beyond a reasonable doubt that defendant was in the possession of a dangerous weapon. Since the sentence was suspended with reference to both counts of the information, the conviction and sentence need not otherwise be disturbed. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ. [Also printed 6 A D 2d 1004.]